THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENEE C. MAURICE,<br><br>               Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. C19-1837-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable David W. Christel, United States Magistrate Judge (Dkt. No. 19)[1] regarding Defendant's partial motion to dismiss (Dkt. No. 9). Having thoroughly considered the record and the report and recommendation, Court hereby ORDERS that:

1. The report and recommendation (Dkt. No. 19) is ADOPTED;
2. Defendant's partial motion to dismiss (Dkt. No. 9) is GRANTED;
3. Plaintiff's insurance bad faith and Insurance Fair Conduct Act claims related to the 2013 motor vehicle accident are DISMISSED with prejudice; and
4. The Clerk is DIRECTED to send copies of this order to the parties and to the Honorable David W. Christel.

---

[1] The deadline for Plaintiff to object to the report and recommendation was January 2, 2020. (*See* Dkt. No. 19.) Plaintiff did not timely file objections. (*See* Dkt. No. 20.)

ORDER
C19-1837-JCC
PAGE - 1

1       DATED this 28th day of January 2020.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1837-JCC
PAGE - 2